**George Albert HOOD, Petitioner–Appellant,**

v.

**Tracy W. JOHNS, Respondent–Appellee.**

No. 11–6250.

United States Court of Appeals, Fourth Circuit.

Submitted: May 19, 2011.

Decided: May 24, 2011.

George Albert Hood, Appellant Pro Se. Christina Ann Kelley, Bureau of Prisons, Butner, North Carolina, for Appellee.

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

George Albert Hood, a detainee pending commitment proceedings pursuant to 18 U.S.C. § 4248 (2006), appeals the district court's order dismissing his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition, which sought his release. The district court has since dismissed the 18 U.S.C. § 4248 action in accord with a joint stipulation of the parties and Hood has been released. As a result of Hood's release, "there is no wrong to remedy and an appeal should ... be dismissed ... when, by virtue of an intervening event, a court of appeals cannot grant any effectual relief whatever in favor of the appellant." *United ed States v. Hardy*, 545 F.3d 280, 285 (4th Cir.2008) (quoting *Calderon v. Moore*, 518 U.S. 149, 150, 116 S.Ct. 2066, 135 L.Ed.2d 453 (1996)) (internal quotation marks omitted). Accordingly, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*